259 F.3d 1320 (11th Cir. 2001)
 UNITED STATES OF AMERICA, Plaintiff-Appellee,
v.
RICHARD LEE BLAYLOCK, JR., Defendant-Appellant.
UNITED STATES OF AMERICA, Plaintiff-Appellee,
v.
ALEXANDER PETRILLO, a.k.a. Alexander Pertillo, Defendant-Appellant.
 Nos. 00-11254, 00-11255
 UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
 August 1, 2001
 
 Appeals from the United States District Court for the Northern District of Alabama, (No. 99-00130-CR); C. Lynwood Smith, Jr., Judge.
 
 
 1
 (Opinion May 2, 2001, 249 F.3d 1298, 11th Cir., 2001)
 
 
 2
 Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON Circuit Judges.*
 
 BY THE COURT:
 
 3
 A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,
 
 
 4
 IT IS ORDERED that the above causes shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.
 
 
 
 NOTES:
 
 
 *
 Senior U.S. Circuit Judge Emmett R. Cox may elect to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).